905 A.2d 878

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
GEORGE TILGHMAN, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce,* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
CLAUDE WILLIAMS, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce,* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).